## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Criminal No.  08-216-M-01 (JMF)** |
| | ) | |
| **ADAM HARRISON BRYANT** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

## ENTRY OF APPEARANCE

Defendant Adam Harrison Bryant, by and through undersigned counsel, hereby moves this Honorable Court to enter the appearance of Steven J. McCool to represent him in the above-captioned case.

Respectfully submitted,


_____/s/_____
STEVEN J. McCOOL
D.C. Bar No. 429369
MALLON & McCOOL, LLC
1776 K Street, N.W., Suite 200
Washington, D.C. 20006
(202) 393-7088

Counsel for Adam Bryant

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on the 31st day of March 2008, the foregoing Entry of

Appearance was served upon the Government through the Court's electronic filing system.


_____/s/_____
STEVEN J. McCOOL