UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| | : | |
| v. | : | MAGISTRATE NO. |
| | : | |
| ADAM BRYANT, | : | VIOLATION: 18 U.S.C. § 2423(b) |
| | : | (Interstate Travel to Engage in |
| Defendant. | : | Illicit Sexual Conduct); 22 D.C. Code |
| | : | § 3010(b) (Enticing a Child) |
| | : | |

# I N F O R M A T I O N

The United States Attorney charges:

## COUNT ONE

1. On or about March 26, 2008, within the District of Columbia, the defendant, ADAM BRYANT, knowingly traveled in interstate commerce, from the District of Columbia to the Commonwealth of Virginia, for the purpose of engaging in illicit sexual conduct, that is, a sex act as defined in 18 U.S.C. § 2246(2), with a person under the age of 18 years of age, and said sexual act would be a violation of Chapter 109 A of Title 18 United States Code, Section 2243(a), if the sexual act occurred in the special maritime and territorial jurisdiction of the United States.

(**Travel with Intent to Engage in Illicit Sexual Conduct**, in violation of Title 18, United States Code, Section 2423(b))

## COUNT TWO

Between on or about March 25, 2008 and March 26, 2008, within the District of Columbia and elsewhere, ADAM BRYANT, being more than four years older than the purported

age of a person representing himself to be a female child under 16 years of age, that is, 13 years of age, attempted to seduce, entice, allure, convince, and persuade that purported child to engage in a sexual act, that is penetration of the purported child's vagina by Bryant's penis.

(**Enticing a Child**, in violation of 22 D.C. Code, Section 3010(b)) (2001 ed.)

                        JEFFREY A. TAYLOR
                        Attorney of the United States in
                        and for the District of Columbia
                        Bar No. 498610

BY: _____
      Julieanne Himelstein
      Assistant United States Attorney
      D.C. Bar: 417-136
      Federal Major Crimes Section
      555 4th Street, N.W., Room 4832
      Washington, DC 20530
      (202) 514-8203
      julieanne.himelstein@usdoj.gov