AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

**FILED**
**JUL 24 2008**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

———————— DISTRICT OF ————————

UNITED STATES OF AMERICA

V.

*Adam Bryant*

**WAIVER OF INDICTMENT**

CASE NUMBER: 08-170 (JR)

I, _Adam Bryant_, the above named defendant, who is accused of

18 U.S.C. § 2423(b) Interstate Travel to Engage in Illicit Sexual Conduct
22 DC Code § 3010(b) Enticing a Child.

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __7/1/08__ prosecution by indictment and consent that the
   Date
proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
         Judicial Officer