IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 08-170 (JR) |
| | ) | |
| ADAM HARRISON BRYANT | ) | |
| | ) | |
| Defendant. | ) | |

CONSENT MOTION TO CONTINUE SENTENCING DATE WITH
INCORPORATED MEMORANDUM OF POINTS AND AUTHORITIES

Defendant, Adam Bryant, by and through undersigned counsel, respectfully moves this Court for an order continuing his sentencing date and respectfully sets forth as follows:

1.  Mr. Bryant's current sentencing date is October 6, 2008.

2.  Mr. Bryant's father, who will likely testify at the sentencing hearing, is unavailable that date because he has long standing travel plans with non-refundable airfare.

3.  Mr. Bryant's father is available any time after October 14, 2008.

4.  Julieanne Himelstein, Esquire, counsel for the United States, has kindly indicated that she does not oppose the relief sought herein.

Wherefore, Mr. Bryant respectfully requests that the Court continue his sentencing date to a date after October 14, 2008.

Respectfully submitted,


_____/s/_____
DANIEL T. MCNAMARA
MALLON AND MCCOOL, LLC
D.C. Bar # 494834
1776 K Street, N.W.
Suite 200
Washington, DC  20006
Ph. (202) 393-7088
Fax (202) 293-3499
*Counsel for Defendant*

CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of August 2008, the foregoing Motion to Continue Sentencing Date with Incorporated Memorandum of Points and Authorities was served upon the Government through the Court's electronic filing system.

_____/s/_____
DANIEL T. MCNAMARA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 08-170 (JR) |
| | ) | |
| ADAM HARRISON BRYANT | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

Upon consideration of Defendant's Motion to Continue Sentencing Date, the memorandum of points and authorities in support thereof, and the entire record in this matter, it is this ___ day of August 2008, hereby

ORDERED, that Defendant Bryant's motion is granted; and it is further

ORDERED, that Defendant's sentencing hearing shall be held on _____, 2008.

---

THE HONORABLE JAMES ROBERTSON
UNITED STATES DISTRICT JUDGE