IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 08-170 (JR) |
| | ) | |
| ADAM HARRISON BRYANT | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

FILED
AUG 2 5 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Upon consideration of Defendant's Motion to Continue Sentencing Date, the memorandum of points and authorities in support thereof, and the entire record in this matter, it is this ___ day of August 2008, hereby

ORDERED, that Defendant Bryant's motion is granted; and it is further

ORDERED, that Defendant's sentencing hearing shall be held on a date and time to be set by the Clerk, after 10/14/08.

_____
JAMES ROBERTSON
UNITED STATES DISTRICT JUDGE